UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA L. MELENDEZ, *individually and as parent and natural guardian of J.C.*,

Plaintiff,

-against-

CHANCELLOR RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, *and* NEW YORK STATE EDUCATION DEPARTMENT,

Defendants.

**OPINION AND ORDER**

19 Civ. 8726 (ER)

RAMOS, D.J.:

On October 23, 2019, the Court stayed this case, pending the outcome of an administrative proceeding in a related case, *Melendez v. New York City Department of Education*, 19 Civ. 2928 (ER). Doc. 33. On January 30, 2020, Melendez informed the Court that a decision had been issued in that proceeding and requested that the Court lift this stay. Doc. 40. For the reasons stated on the record on February 13, 2020 in *Melendez v. Carranza*, 20 Civ. 823 (ER), another related case, this request is granted. The Clerk of Court is respectfully directed to terminate the stay in this action.

SO ORDERED.

Dated: February 18, 2020
New York, New York

Edgardo Ramos, U.S.D.J.