UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRENDA L. MELENDEZ, individually and as
parent and natural guardian of J.C.,

                Plaintiff,

-against-                                      19 **CIVIL** 2928 (ER)
                                                  **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
-----------------------------------------------------------X
BRENDA L. MELENDEZ, individually and as
parent and natural guardian of J.C.,

                Plaintiff,

-against-                                      19 **CIVIL** 8726 (ER)

CHANCELLOR RICHARD CARRANZA, NEW
YORK CITY DEPARTMENT OF EDUCATION,
and NEW YORK STATE EDUCATION
DEPARTMENT,
                Defendants.
-----------------------------------------------------------X
BRENDA L. MELENDEZ, individually and as
parent and natural guardian of J.C.,

                Plaintiff.

-against-                                      20 **CIVIL** 823 (ER)

RICHARD CARRANZA and NEW YORK
CITY DEPARTMENT OF EDUCATION,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

BRENDA L. MELENDEZ, individually and as parent and natural guardian of J.C., CAROL MASON, individually and as parent and natural guardian of A.D., and NAHOKO and KENTARO MIZUTA, individually and as parents and natural guardians of Y.M.,

      Plaintiffs,

-against-

20 **CIVIL** 1464 (ER)

RICHARD CARRANZA, and NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendants.

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2020, Defendants' motion to dismiss the cases is GRANTED, and Plaintiffs' motion for injunctive relief is DENIED; accordingly, case numbers 19 Civ. 2928, 19 Civ. 8726, 20 Civ. 823, and 20 Civ. 1464 are closed.

**Dated:** New York, New York
    July 27, 2020

                  **RUBY J. KRAJICK**

                  Clerk of Court

          **BY:**   *K. Mango*

                  **Deputy Clerk**